JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER NDIAGU, | Case No. 2:19-cv-06074-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| PATRICK COVELLO, | |
| Respondent. | |

Pursuant to the Memorandum Opinion and Order Granting Motion to Dismiss, in Part, and Dismissing Petition, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: January 09, 2020

_____
JOHN D. EARLY
United States Magistrate Judge